**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| **ELAINE L. CHAO,** Secretary of Labor, U.S. Department of Labor, Plaintiff<br>v.<br>**WBM CONSTRUCTION, INC.**, a corporation and **LESZEK MOSKAL**, an Individual, Defendants | FILED: JUNE 24, 2008<br>08CV3600<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COX<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ELAINE L. CHAO,** Secretary of Labor, U.S. Department of Labor, Plaintiff

| |
|---|
| NAME (Type or print)<br>WILLIAM C. POSTERNACK |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William C. Posternack |
| FIRM<br>Office of the Solicitor, United States Department of Labor |
| STREET ADDRESS<br>230 S. Dearborn Street, Suite 844 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2239078 | TELEPHONE NUMBER<br>312-353-6990 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |