U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine L. Chao, Secretary of Labor, U.S. Dept. of Labor | 1:08-CV-03600 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WBM Construction, Inc., and Leszek Moskal, an Individual | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

WBM Construction, Inc., c/o Beata Znalezniak, Registered Agent

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3357 N. Harlem Avenue, Chicago, IL 60634

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard A. Kordys
Office of the Solicitor
United States Department of Labor
230 S. Dearborn St., 8th Floor
Chicago, IL 60604

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Business Telephone No. for Registered Agent 773-777-1040

[Stamp: 2008 JUL 31 PM — NORTHERN DIST ADMINISTRATIVE SECTION — RECEIVED UNITED STATES MARSHAL]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

/s/ Richard A. Kordys

TELEPHONE NUMBER: 312-353-1219
DATE: 7-29-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/2 | 24 | 24 | TD | 2-3-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Mihalopoulos, Ewa  Agent

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8/11/08
Time: 2:19 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 96.00 | 12.61 | 0 | 108.61 | 0 | 108.61  0 |

REMARKS: 26-miles
1-OUSM
2-Hours

**FILED**
AUG 21 2008  TC
Aug 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

(Rev. 12/15/80)