**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine L. Chao, Secretary of Labor, U.S. Dept. of Labor | 1:08-CV-03600 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WBM Construction, Inc., and Leszek Moskal, an Individual | Summons and Complaint |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Leszek Moskal

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

7501 W. Cornelia Avenue, Chicago, IL  60634

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Richard A. Kordys<br>Office of the Solicitor<br>United States Department of Labor<br>230 S. Dearborn St., 8th Floor<br>Chicago, IL  60604 | Number of process to be served with this Form - 285:  **2**<br><br>Number of parties to be served in this case:  **2**<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                       Fold

Last known Telephone No.: 773-732-169

**FILED**

SEP X 2 2008
Sep X 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NORTHERN DIST OF IL
ADMINISTRATIVE SECTION
2008 JUL 31 PM
UNITED STATES
RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Richard A. Kordys* | ☐ DEFENDANT | 312-353-1219 | 7-29-08 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/2 | No. 24 | No. 24 | | 7-31-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Address *(complete only if different than shown above)*<br>NOT SERVED | Date of Service | Time   am / pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 240 | 48.74 | 0 | 280.74 | 0 | 280.74 | 0 |

REMARKS:
1st Endeavor 5:00 p.m 02/07/08    2nd Endeavor 6:30 a.m 08/12/08    3rd Endeavor 4:45 p.m 08/20/08
1-DUSM 28-Miles    1-DUSM 28-miles    1-DUSM 28-miles
2-Hours Leszek was not Home    1 Hour Leszek was not Home    2-Hours Leszek was not home.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

**WBM CONSTRUCTION, INC.,**
a corporation and **LESZEK MOSKAL**, an
Individual

CASE NUMBER:    08CV3600

ASSIGNED JUDGE:    JUDGE GUZMAN

DESIGNATED
MAGISTRATE JUDGE:    MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

LESZEK MOSKAL
7501 W. CORNELIA AVENUE
CHICAGO, IL 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD A. KORDYS
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 S. DEARBORN STREET, SUITE 844
CHICAGO, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



**June 24, 2008**
-------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                          *Signature of Server*


                                      _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ELAINE L. CHAO**, Secretary of Labor,
United States Department of Labor, Plaintiff

## SUMMONS IN A CIVIL CASE

V.

**WBM CONSTRUCTION, INC.**,
a corporation and **LESZEK MOSKAL**, an
Individual

CASE NUMBER:      08CV3600

ASSIGNED JUDGE:      JUDGE  GUZMAN

DESIGNATED
MAGISTRATE JUDGE:      MAGISTRATE  JUDGE

TO: (Name and address of Defendant)

LESZEK MOSKAL
7501 W. CORNELIA AVENUE
CHICAGO, IL 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD A. KORDYS
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 S. DEARBORN STREET, SUITE 844
CHICAGO, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**June 24, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                          *Signature of Server*


                                        _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ELAINE L. CHAO, Secretary of Labor,  )
United States Department of Labor,   )
              )
     Plaintiff,    )   **CIVIL ACTION**
              )
     v.      )    FILED: JUNE 24, 2008
              )    08CV3600
WBM CONSTRUCTION, INC., a corporation )  File No. JUDGE GUZMAN
and LESZEK MOSKAL, an Individual,   )      MAGISTRATE JUDGE COX
              )    TG
     Defendants.   )

### COMPLAINT

Plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, brings this action to enjoin defendants **WBM CONSTRUCTION, INC.,** a corporation and **LESZEK MOSKAL**, an Individual from violating the provisions of sections 6, 7, 11 and 15 of the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201, et seq.), hereinafter called the Act, pursuant to section 17 of the Act; and to recover unpaid minimum wage and overtime compensation owing to defendants' employees, together with an equal amount as liquidated damages, pursuant to section 16(c) of the Act.

### I

Jurisdiction of this action is conferred upon the court by sections 16(c) and 17 of the Act and 28 U.S.C. §1345.

## II

(a)    Defendant **WBM CONSTRUCTION, INC.**, is and at all times hereinafter mentioned was a corporation with an office and a place of business at 7501 W. Cornelia Avenue, Chicago, Cook County, IL within the jurisdiction of this court, and is and at all times hereinafter mentioned was engaged under the name and style of **WBM CONSTRUCTION, INC.** in the operation of masonry construction and in the performance of related types of activities.

(b)    Defendant **LESZEK MOSKAL**, an individual, resides at 7501 W. Cornelia Avenue, Chicago, Cook County, IL, within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

## III

Defendant **WBM CONSTRUCTION, INC.** is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of section 3(r) of the Act.

## IV

Defendant **WBM CONSTRUCTION, INC.** at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of sections 3(s)(1)(A) the Act  in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.

2

### V

Defendants have repeatedly violated the provisions of sections 6 and 15(a)(2) of the Act, by paying any of their employees wages at rates less than $5.15 per hour prior to July 24, 2007 and at rates less than $5.85 per hour after July 24, 2007 in workweeks when said employees were engaged in commerce and in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid.

### VI

Defendants have repeatedly violated the provisions of sections 7 and 15(a)(2) of the Act, by employing many of their employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

### VII

Defendants, employers subject to the provisions of the Act, repeatedly have violated the provisions of sections 11(c) and 15(a)(5) of the Act in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 CFR 516, in that records fail to show adequately and accurately, among other things, the hours worked each workday and the total

3

hours worked each workweek with respect to many employees and the regular rates at which they were employed.

## VIII

During the period since July 2006, defendants have repeatedly violated the aforesaid provisions of the Act. A judgment which enjoins and restrains such violations and includes the restraint of any withholding of payment of unpaid minimum wage and overtime compensation found by the court to be due to present and former employees under the Act is expressly authorized by section 17 of the Act.

**WHEREFORE**, cause having been shown, plaintiff prays for a judgment against defendants as follows:

(a)     For an Order pursuant to section 17 of the Act, permanently enjoining and restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the provisions of section 15 of the Act; and

(b)     For an Order

(1)     pursuant to section 16(c) of the Act finding defendants liable for unpaid minimum wages and overtime compensation due defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this complaint); or in the event liquidated damages are not awarded,

(2)     pursuant to section 17 enjoining and restraining defendants, their officers, agents, servants, employees and those persons in active concert or participation with defendants,

from withholding payment of unpaid minimum wages and overtime compensation found to be

due defendants' employees and pre-judgment interest computed at the underpayment rate

established by the Secretary of Treasury pursuant to 26 U.S.C. 6621; and

      (c)    For an Order awarding plaintiff the costs of this action; and

      (d)    For an Order granting such other and further relief as may be necessary or

appropriate.

**GREGORY F. JACOB**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

/s/Richard A. Kordys
**RICHARD A. KORDYS**
Attorney

Attorneys for **ELAINE L. CHAO,**
Secretary of Labor, United States Department of
Labor, Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Suite 844
Chicago, IL 60604

Telephone:    (312) 353-1219
Facsimile:    (312) 353-5698
E-mail:kordys-richard@dol.gov; sol-chi@dol.gov

## EXHIBIT A

Kolasa, Boguslaw
Maka, Andrzel
Orawiec, Wladyslaw
Rawa, Roman
Rozwadowski, Jozef
Sobczak, Jozef
Staszel, Jan
Terenda, Andrzej
Urbanek, Michal

6

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ELAINE L. CHAO**, Secretary of Labor,<br>United States Department of Labor, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILED: JUNE 24, 2008 |
| **WBM CONSTRUCTION, INC.**, a corporation | ) | 08CV3600 |
| and **LESZEK MOSKAL**, an Individual, | ) | File No. JUDGE GUZMAN |
| | ) | MAGISTRATE JUDGE COX |
| Defendants. | ) | TG |

## COMPLAINT

Plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor,

brings this action to enjoin defendants **WBM CONSTRUCTION, INC.**, a corporation and

**LESZEK MOSKAL**, an Individual from violating the provisions of sections 6, 7, 11 and 15 of

the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201, et seq.), hereinafter called

the Act, pursuant to section 17 of the Act; and to recover unpaid minimum wage and overtime

compensation owing to defendants' employees, together with an equal amount as liquidated

damages, pursuant to section 16(c) of the Act.

**I**

Jurisdiction of this action is conferred upon the court by sections 16(c) and 17 of the Act

and 28 U.S.C. §1345.

## II

(a)    Defendant **WBM CONSTRUCTION, INC.**, is and at all times hereinafter mentioned was a corporation with an office and a place of business at 7501 W. Cornelia Avenue, Chicago, Cook County, IL within the jurisdiction of this court, and is and at all times hereinafter mentioned was engaged under the name and style of **WBM CONSTRUCTION, INC.** in the operation of masonry construction and in the performance of related types of activities.

(b)    Defendant **LESZEK MOSKAL**, an individual, resides at 7501 W. Cornelia Avenue, Chicago, Cook County, IL, within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

## III

Defendant **WBM CONSTRUCTION, INC.** is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of section 3(r) of the Act.

## IV

Defendant **WBM CONSTRUCTION, INC.** at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of sections 3(s)(1)(A) the Act  in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.

2

V

Defendants have repeatedly violated the provisions of sections 6 and 15(a)(2) of the Act, by paying any of their employees wages at rates less than $5.15 per hour prior to July 24, 2007 and at rates less than $5.85 per hour after July 24, 2007 in workweeks when said employees were engaged in commerce and in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid.

VI

Defendants have repeatedly violated the provisions of sections 7 and 15(a)(2) of the Act, by employing many of their employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

VII

Defendants, employers subject to the provisions of the Act, repeatedly have violated the provisions of sections 11(c) and 15(a)(5) of the Act in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 CFR 516, in that records fail to show adequately and accurately, among other things, the hours worked each workday and the total

3

hours worked each workweek with respect to many employees and the regular rates at which they were employed.

## VIII

During the period since July 2006, defendants have repeatedly violated the aforesaid provisions of the Act. A judgment which enjoins and restrains such violations and includes the restraint of any withholding of payment of unpaid minimum wage and overtime compensation found by the court to be due to present and former employees under the Act is expressly authorized by section 17 of the Act.

**WHEREFORE,** cause having been shown, plaintiff prays for a judgment against defendants as follows:

(a)     For an Order pursuant to section 17 of the Act, permanently enjoining and restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the provisions of section 15 of the Act; and

(b)     For an Order

(1)     pursuant to section 16(c) of the Act finding defendants liable for unpaid minimum wages and overtime compensation due defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this complaint); or in the event liquidated damages are not awarded,

(2)     pursuant to section 17 enjoining and restraining defendants, their officers, agents, servants, employees and those persons in active concert or participation with defendants,

4

from withholding payment of unpaid minimum wages and overtime compensation found to be due defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. 6621; and

(c)    For an Order awarding plaintiff the costs of this action; and

(d)    For an Order granting such other and further relief as may be necessary or appropriate.

**GREGORY F. JACOB**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

/s/Richard A. Kordys
**RICHARD A. KORDYS**
Attorney

Attorneys for **ELAINE L. CHAO,**
Secretary of Labor, United States Department of Labor, Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Suite 844
Chicago, IL  60604

Telephone:    (312) 353-1219
Facsimile:    (312) 353-5698
E-mail:kordys-richard@dol.gov; sol-chi@dol.gov

5

## EXHIBIT A

Kolasa, Bogusław
Maka, Andrzel
Orawiec, Wladyslaw
Rawa, Roman
Rozwadowski, Jozef
Sobczak, Jozef
Staszel, Jan
Terenda, Andrzej
Urbanek, Michal

6