UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION |
| ) | File No. 1:08-cv-03600 |
| v. ) ) | |
| ) | Honorable Ronald A. Guzman, Judge |
| **WBM CONSTRUCTION, INC.,** a corporation and **LESZEK MOSKAL,** an Individual, ) ) ) ) | Honorable Susan E. Cox, Magistrate |
| Defendants. ) | |

**REQUEST AND APPLICATION FOR ENTRY OF DEFAULT**

**TO THE CLERK OF THE COURT:**

Please enter the default of defendant, **WBM CONSTRUCTION, INC.,** a corporation for failure of said defendant to plead or otherwise defend, as required by law.

                                                                                                 Respectfully submitted,

                                                                                                  **GREGORY F. JACOB**
                                                                                                  Solicitor of Labor

                                                                                                  **JOAN E. GESTRIN**
                                                                                                  Regional Solicitor


                                                                                                  /s/ Richard A. Kordys
                                                                                                  **RICHARD A. KORDYS**
                                                                                                  Attorney

**P.O. ADDRESS:**

U.S. Department of Labor                                         Attorneys for **ELAINE L. CHAO**,
Office of the Solicitor                                              Secretary of Labor, United States
230 South Dearborn Street                                  Department of Labor, Plaintiff
Eighth Floor
Chicago, Illinois 60604
Telephone: 312/ 353-1219
kordys.richard@dol.gov;sol.chi@dol.gov