UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | File No. 1:08-cv-03600 |
| **WBM CONSTRUCTION, INC.,** a corporation and **LESZEK MOSKAL**, an Individual, | ) ) ) ) ) | Honorable Ronald A. Guzman, Judge

Honorable Susan E. Cox, Magistrate |
| Defendants. | ) | |

## ENTRY OF DEFAULT

It appearing defendant, **WBM CONSTRUCTION, INC.**, a corporation, is in default for failure to plead or otherwise defend in this action, as required by law; now, therefore, on application of plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, acting through her attorneys of record,

**DEFAULT IS HEREBY ENTERED** against defendant **WBM CONSTRUCTION, INC.,** a corporation.

**Dated**: _____

_____
**Clerk, United States District Court**
**Northern District of Illinois, Eastern Division**