UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION File No. 1:08-cv-03600 |
| v. | ) ) | Honorable Ronald A. Guzman, Judge |
| **WBM CONSTRUCTION, INC.,** a corporation and **LESZEK MOSKAL,** an Individual, | ) ) ) ) | Honorable Susan E. Cox, Magistrate |
| Defendants. | ) ) | |

### DECLARATION OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

**RICHARD A. KORDYS** states as follows:

1. He is one of the attorneys of record for **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, plaintiff in the above-styled action.

2. The complaint in the above-styled action was filed on June 24, 2008.

3. On or about June 24, 2008, the Clerk of this Court issued summons in the above-styled action directed to each defendant therein.

4. In accordance with Fed.R.Civ.P. 4(d), plaintiff on June 25, 2008 mailed to defendants a copy of the complaint in the above-styled action, along with a request for the waiver of service of summons. Defendants failed to return the waiver within 30 days from the date the request was sent. In accordance with Fed.R.Civ.P. 4(e) and (h), plaintiff had the U.S. Marshals Service serve a copy of the Summons and Complaint on defendants **WBM CONSTRUCTION, INC.,** a corporation and **LESZEK MOSKAL,** an individual. The U.S. Marshals Service delivered a copy of the Summons

and Complaint on an agent for **WBM CONSTRUCTION, INC.** and such service was executed on August 11, 2008. (See, Docket Number 8).

5.  More than twenty days have elapsed since the date on which defendant **WBM CONSTRUCTION, INC.** was served with the Summons and a copy of the Complaint.

6.  Defendant **WBM CONSTRUCTION, INC.** has failed to plead or otherwise defend with respect to the above-styled action and has neither served an answer, pleading or motion on plaintiff or any of plaintiff's attorneys, nor filed an answer, pleading or motion with the Clerk of this Court in the above-styled action.

7.  On information and belief, defendant **WBM CONSTRUCTION, INC.** is not and at all times herein mentioned was not an infant, incompetent person or person in the military service of the United States.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2008

/s/ Richard A. Kordys
**RICHARD A. KORDYS**

**P.O. ADDRESS:**
U.S. Department of Labor                          Attorneys for **ELAINE L. CHAO**,
Office of the Solicitor                           Secretary of Labor, United States
230 South Dearborn Street                         Department of Labor, Plaintiff
Eighth Floor
Chicago, Illinois 60604
Telephone: 312/ 353-1219
kordys.richard@dol.gov;sol.chi@dol.gov