UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) ) File No. 1:08-cv-03600 |
| v. | ) ) Honorable Ronald A. Guzman, Judge |
| **WBM CONSTRUCTION, INC.**, a corporation and **LESZEK MOSKAL**, an Individual, | ) ) Honorable Susan E. Cox, Magistrate ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

    I hereby certify on September 5, 2008 the undersigned electronically filed the foregoing **APPLICATION FOR ENTRY OF DEFAULT; ENTRY OF DEFAULT;** and **DECLARATION OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** in case number 1:08-cv-03600 with the Clerk of the Court using the CM/ECF system and sent a copy of each filed document referenced herein by regular mail postage prepaid to:

        WBM Construction, Inc.
        c/o Beata Znalezniak
        3357 N. Harlem Avenue
        Chicago, IL  60634

        Leszak Moskal
        7501 W. Cornelia Avenue
        Chicago, IL  60634

        By /s/ Richard A. Kordys
        **RICHARD A. KORDYS**

**P.O. ADDRESS:**
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street
Eighth Floor
Chicago, Illinois 60604
Telephone:  312/ 353-1219
kordys.richard@dol.gov;sol.chi@dol.gov

Attorneys for **ELAINE L. CHAO**,
Secretary of Labor, United States
Department of Labor, Plaintiff